# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GINO MOLINA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>　　　　　Respondent. | Case No. SACV 10-0123 JVS (JCG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation were filed.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　1.　　The Report and Recommendation is approved and adopted.

　　　　2.　　Judgment be entered dismissing this action with prejudice.

　　　　3.　　The Clerk serve copies of this Order and the Judgment on the parties.

　　　　Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *Miller-El v.*

*Cockrell*, 537 U.S. 322, 336 (2003). Thus, the Court declines to issue a certificate of appealability.

DATED: 7/7/11

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2