# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GINO MOLINA,<br><br>    Petitioner,<br><br>v.<br><br>DOMINGO URIBE, JR.,<br>Warden,<br><br>    Respondent. | Case No. SACV 10-0123 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 7/7/11

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE